UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERNAL AGUILAR** | **CIVIL ACTION** |
| versus | **NO. 15-1637** |
| **NATHAN BURL CAIN, II** | **SECTION: "C"(1)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objection to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Bernal Aguilar is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this **23** day of **September**, 2015.

UNITED STATES DISTRICT JUDGE